| IP | hash | Country | Region | Date | Time | TimeZone | Relatedtitle | ISP | City |
|---|---|---|---|---|---|---|---|---|---|
| 75.70.147.71 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Colorado | 4/24/2012 | 1:15:45 | UTC | Mommy And Me 2 | Comcast Cable | Aurora |
| 71.229.182.223 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Colorado | 5/14/2012 | 5:06:14 | UTC | Mommy And Me 2 | Comcast Cable | Englewood |
| 76.25.220.47 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Colorado | 5/19/2012 | 2:23:28 | UTC | Mommy And Me 2 | Comcast Cable | Greeley |
| 76.25.116.142 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Colorado | 6/3/2012 | 11:14:41 | UTC | Mommy And Me 2 | Comcast Cable | Parker |